No. 730. FRIEDMAN *v.* MARKENDORF, CHAIRMAN, ET AL. March 4, 1940. *Per Curiam:* The appeal is dismissed for want of a substantial federal question. *Gardner* v. *Massachusetts,* 305 U. S. 559; *Gray* v. *Connecticut,* 159 U. S. 77; *Roschen* v. *Ward,* 279 U. S. 337; *Semler* v. *Dental Examiners,* 294 U. S. 608, 611. *Mr. John H. Chandler* for appellant.